# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1058. JUSTIN LASTER v. JOHN CROOK.**

In the underlying action to collect on damages to a rental property, the State Court of Sumter County awarded the plaintiffs $2275.00 in principal plus costs of the action and interest at the legal rate. Defendant Justin Laster filed an appeal to the Superior Court of Sumter County, which dismissed his appeal. Laster then filed this direct appeal. Pretermitting whether Laster's appeal to this Court is timely, we lack jurisdiction.

The discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6). Because Laster failed to follow the required procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/03/2014_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*